UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH AMABLE AND KAITLYN AMABLE,

                Plaintiffs,

   v.

THE NEW SCHOOL,

                Defendants.

Case No. 20-CV-03811 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

       The Court adopts the following briefing schedule: Defendant shall file its Motion To Dismiss by no later than November 18, 2021. Plaintiffs shall file a response by no later than December 18, 2021. Defendant shall file a reply by no later than January 17, 2022.

       The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:   October 19, 2021
             White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE