

**KARLINSKY LLC**
COUNSELLORS AND LITIGATORS

103 MOUNTAIN ROAD
CORNWALL-ON-HUDSON, NY 12520

MARTIN E. KARLINSKY
FOUNDER AND SOLE MEMBER
646.437.1430 /917.623.9102 CELL
MARTIN.KARLINSKY@KARLINSKYLLC.COM
WWW.KARLINSKYLLC.COM

December 9, 2021

**MEMO ENDORSED**

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
  Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

*Re:  Amable, et al. v. The New School, 20-Civ-03811 (KMK), United States District Court,
Southern District of New York (White Plains Division)("Amable Action")
Aubrey, et al. v. The New School, 21-Civ-04915 (KMK), United States District Court,
Southern District of New York (White Plains Division)("Aubrey Action")*

Dear Judge Karas:

This law firm represents plaintiffs in the Aubrey Action referred to above, one of these two related cases before your Honor.  We are writing on behalf of all counsel, and with their consent, to request a slight modification of the briefing schedule on defendant's pending motion to dismiss in both cases.  (I am not a filing attorney in the Amable Action, and although this letter applies to both, I am filing it only in the Aubrey Action.)  It appears that when we established the current briefing schedule we inadvertently made plaintiffs' opposition papers due for filing on a Saturday (December 18) and defendant's reply papers due for filing on Martin Luther King Day.  To clarify this for the record, and subject to the Court's approval, counsel have agreed to modify the schedule so that plaintiffs' opposition papers in both actions will be due to be filed on the Monday following the original Saturday date, that is, December 20, 2021, and defendant's reply papers on the Wednesday following the holiday, that is, January 19, 2021.  We would ask your Honor to approve the modification by so ordering this letter, and thank the Court for its courtesies.  No party has made a prior request for this relief.

Respectfully

Martin E. Karlinsky

MEK/ks  (Counsel shown on following page.)

**KARLINSKY LLC**

ADMITTED TO THE BARS OF NEW YORK,
CALIFORNIA, AND THE DISTRICT OF COLUMBIA

Hon. Kenneth M. Karas
United States District Judge
December 9, 2021
Page 2

cc:    Philip Fraietta, Esq. (via ECF)
       Attorney for Plaintiff (Amable Action)

       Jonathan M. Kozak, Esq. (via ECF)
       Attorney for Defendant (Both Actions)

Granted.

So Ordered.

12/9/21

KARLINSKY LLC