UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIZABETH AMABLE and KAITLYN
AMABLE, individually and on behalf of all
others similarly situated,

                        Plaintiff,
      -against-                                 20 **CIVIL** 3811 (KMK)

**JUDGMENT**

THE NEW SCHOOL,

                        Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 6, 2022, Defendant's Motion is granted and the Complaint is dismissed with prejudice. See Denny v. Barber, 576 F.2d 465, 471 (2d Cir. 1978) (holding that the plaintiff was not entitled to "a third go-around"); Maione v. Zucker, No. 18-CV-7452, 2022 WL 784483, at *9 (S.D.N.Y. Mar. 15, 2022) (granting motion to dismiss with prejudice where "[the] [p]laintiff has already had two bites at the apple, and they have proven fruitless" (quoting Melvin v. County of Westchester, No. 14-CV-2995, 2016 WL 1254394, at *24 n.19 (S.D.N.Y. Mar. 29, 2016)); Bryant v. Capra, No. 18-CV-10198, 2021 WL 323263, at *5 (S.D.N.Y. Feb. 1, 2021); accordingly, the case is closed.

**Dated:** New York, New York
            May 6, 2022

                                                          **RUBY J. KRAJICK**
                                                            **Clerk of Court**
                                    **BY:**
                                                            **Deputy Clerk**